No. 77–1063. EISENBERG *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 77–1068. PFISTER *v.* WADDY, U. S. DISTRICT JUDGE; and PFISTER *v.* DELTA AIR LINES, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–1080. REDMOND *v.* UNITED STATES; and
No. 77–6073. LUND *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 77–1081. KNEHANS *v.* ALEXANDER, SECRETARY OF THE ARMY. C. A. D. C. Cir. Certiorari denied. ▮▮▮

No. 77–1092. THIES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 77–1097. REYNOLDS METALS CO. *v.* BROWN, SECRETARY, DEPARTMENT OF DEFENSE, ET AL. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 77–1099. BUTTRAM *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮▮▮▮▮▮

No. 77–1101. PAPPAS TELEVISION, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 77–1117. McFAYDEN-SNIDER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–1120. TSANAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 77–1124. SOUTHWESTERN LIFE INSURANCE CO. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮